IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MARKIUS THOMAS, #71395                                            PLAINTIFF

VERSUS                                                 CIVIL ACTION NO. 4:08cv134-TSL-LRA

GLORIA PERRY and SANDRA ATWOOD                          DEFENDANTS

ORDER

Upon consideration of the complaint filed pursuant to 42 U.S.C. § 1983 by the plaintiff in the above entitled action, it is hereby,

ORDERED:

1. That **on or before December 29, 2008**, plaintiff shall file a written response to specifically state how defendant GLORIA PERRY violated plaintiff's constitutional rights.

2. That the plaintiff file his written response with the Clerk for the Eastern Division, P.O. Box 23552, Jackson, Mississippi 39225-3552.

3. **That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in this cause being dismissed without prejudice and without further notice to the plaintiff.**

4. That the Clerk of Court is directed to mail a copy of this order to the plaintiff at his last known address.

THIS, the 4th day of December, 2008.

                                         *s/ Linda R. Anderson*
                                         UNITED STATES MAGISTRATE JUDGE